Lyle F. Middleton, Esq.   [SBN: 42089]
LAW OFFICES LYLE F. MIDDLETON
11333 Moorpark Street, Suite #445
Studio City, California 91602

(818) 219-8221
(818) 508 9250 (Fax)
Email: lylefranklaw@gmail.com

FILED
CLERK, U.S. DISTRICT COURT

November 27, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lillian Isela Morales Comparini, <br><br> Plaintiff, <br><br> vs. <br><br> Jose Manuel Barajas Serrano, aka Jose Manuel Barajas; Juan Topete; City of Los Angeles; Does 1 to 30, <br><br> Defendants. | **CASE NO.: CV 2:18-CV-08177-SJO-JEM** <br><br> REMAND ORDER |

## ORDER

Pursuant to the Dismissal by Plaintiff of the allegations in the 6th and 12th causes of action of Plaintiffs' Complaint that she was deprived of her rights of life,

liberty, or property without due process of law in violation of the Fourteenth Amendment of the Constitution of the United States and pursuant to the Stipulation by Plaintiffs' attorney, Lyle F. Middleton, Esq. and Defendants' attorney Matthew W. McAleer, Esq., that there is no longer a Federal issue in the above entitled matter this case is hereby ORDERED REMANDED back to the Los Angeles Superior Court – Central District, Honorable Judge Barbara A. Meiers, Department 12.

11/27/18

It is so Ordered: _____

*S. James Otero*
_____
Honorable Judge S. James Otero

REMAND ORDER

2